IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ABRAHAM HERSKOVITZ, on behalf of himself
and all others similarly situated,

            Plaintiff,

Case No.: 10-cv-9181

**<u>NOTICE OF SETTLEMENT</u>**

v.

RUBIN & ROTHMAN, LLC and CITIBANK
(SOUTH DAKOTA), N.A.

            Defendants.

-----------------------------------------------------------------X

NOW COMES the Plaintiff, Abraham Herskovitz, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalized. Plaintiff anticipates this will be within the next 15 business days.

Dated: New York, New York
        February 16, 2011

                                    THE PLAINTIFF

                         By: _____
                              Shimshon Wexler (SW-0770)

                         The Law Offices of Shimshon Wexler, P.C.
                         2710 Broadway, 2nd Floor
                         New York, NY 10025
                         (212) 760-2400
                         swexler@collectorabuselaw.com